MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. MAG 05-231 DAD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| v. ) | EXTEND TIME FOR PRELIMINARY |
| ) | EXAMINATION AND EXCLUDE TIME |
| ) | |
| ISRAEL L. VENTURA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties agree that time beginning August 18, 2005 and extending through September 16, 2005 should be excluded from the calculation of time under the Speedy Trial Act.  Further, the Defendant consents to an extension of the time for preliminary examination until September 16, 2005.  Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, the time is required so that the government and defense may study the facts of this case, and evaluate a possible pre-indictment disposition.  The parties submit that this

interest of justice outweighs the interest of the public and the defendant in a speedy filing of an indictment or information, in accordance with Title 18, United States Code, § 3161(b) and (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases, in accordance with Fed. R. Crim. P. 5(d).

The parties further request that this matter be taken off calendar until September 16, 2005, or such time as either party may request a hearing for a purpose other than preliminary examination.

```
                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


DATE: August 18, 2005       By:    /s/ Matt Segal
                                    MATTHEW D. SEGAL
                                    Assistant U.S. Attorney


DATE: August 18, 2005              /s/ Daniel Broderick
                                    DANIEL BRODERICK
                                    Counsel for Israel Ventura
```

**SO ORDERED.**

DATED: August 18, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/ventura0231.stipord