IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br><br>    v.<br><br>ISRAEL LARA-VENTURA,<br>                Defendant. | 2:05-cr-0382-GEB<br><br><u>ORDER</u> |

The documents filed by attorney for Defendant on August 3, 2006, and October 11, 2006, are stricken because Judge Burrell's purported signature was affixed thereto without his permission. Therefore, Defendant's sentencing hearing scheduled to commence at 9:00 a.m. on October 13, 2006, is not vacated. Counsel are ordered to appear and shall explain which attorney placed Judge Burrell's purported signature on the two documents; the lawyer who affixed Judge Burrell's purported signature to the documents shall show cause why he

/////

/////

/////

/////

/////

should not be sanctioned for placing Judge Burrell's purported signature on the document without his permission.

IT IS SO ORDERED.

Dated: October 12, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge