IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:05-cr-0382-GEB |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ISRAEL LARA-VENTURA, ) | |
| ) | |
| Defendant. ) | |

Attorney Ruben Munoz has explained to the Courtroom Deputy that his secretary erroneously placed my purported signature on docket numbers 27 and 28, and that he is out of the country.  In light of this explanation, sentencing is rescheduled to commence at 9:00 a.m. on October 20, 2006.

IT IS SO ORDERED.

Dated:  October 12, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge