IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                               No. CR S-05-382 GEB DAD P

    vs.

ISRAEL LARA VENTURA,

    Movant.                                  <u>ORDER</u>

_____/

        Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Respondent has answered. In light of the position taken by respondent in the answer, the court will appoint counsel for the limited purpose of confirming movant's intention to proceed with this action.

        It appearing that appointment of counsel for movant may be appropriate, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to forward a copy of movant's § 2255 motion and respondent's answer along with this order to the CJA Defense Panel for determination of the appointment of appropriate counsel;

        2. The Panel shall advise whether movant qualifies for appointment of counsel and shall recommend counsel to the court; and

1

3.  If counsel is appointed for the limited purpose of confirming movant's intention to proceed, counsel shall advise within sixty (60) days of that appointment whether movant wishes to proceed with his § 2255 motion in light of the position taken by respondent in the answer.

DATED: July 15, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
ventura382.afd