IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,                                          No. CR S-05-382 GEB DAD

  vs.

ISRAEL LARA VENTURA,

      Defendant.                                        <u>ORDER</u>

_____/

      Movant, a federal prisoner, has filed a motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255.  The matter was referred to a United States Magistrate Judge under 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On October 19, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.

      The court adopts the findings and recommendations.  Accordingly, Movant's September 17, 2007 motion is granted as follows: The judgment previously entered on November 28, 2006, is re-entered as of the date on which this order is filed.

Attorney Balazs shall complete and file a notice of appeal on movant's behalf within ten days of the re-entry of judgment, should movant continue to desire to appeal.

Dated: December 14, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge